Jared L. Bryan (SBN 220925)
Jared.Bryan@jacksonlewis.com
Monica H. Bullock (SBN 211314)
Monica.Bullock@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA  92618
Telephone:  (949) 885-1360

Attorneys for Defendant
MISSION LANDSCAPE COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOR GONZALEZ, an individual, | Case No. 5:20-cv-00901-DOC-SP |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| MISSION LANDSCAPE COMPANIES, INC. and DOES 1 through 20, Inclusive, | |
| Defendants. | Complaint Filed:  October 9, 2019 |

The Stipulation between the Parties is approved.  The above-entitled action is ordered dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   October 23, 2020

By:  *David O. Carter*

HONORABLE DAVID O. CARTER